# United States District Court Violation Notice

**Location Code:** ALSA
**Violation Number:** 9230818
**Officer Name:** S. HURD
**Officer No.:** 7066

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 04/05/2025 1600
**Offense Charged:** 16 USC 668dd / 50 CFR 27.84
**Place of Offense:** Mile 6.5 Funny River Road KNWR

**Offense Description:** Interference with authorized persons, including disturbing or molesting, government employee or private person

## DEFENDANT INFORMATION
**Phone:** (907) 262-9737
**Last Name:** MCINDOE
**First Name:** LAURA

[Address, City, Driver's License, Vehicle info redacted]

### APPEARANCE IS OPTIONAL
Box B checked:
- Forfeiture Amount: $250
- Processing Fee: $30
- Total Collateral Due: $280

**Court Address:** US District Court, 222 West 7th Ave, Anchorage, AK 99513
**Court Date:** 1/13/2026 at 1400 hrs

Defendant Signature: —Sent via US mail

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February, 20 25 while exercising my duties as a law enforcement officer in the District of Alaska,

Please see attached Probable Cause Statement

The foregoing statement is based upon:
- [x] my personal investigation

Executed on: 4/05/2025

Officer's Signature: [signed]




# United States Department of the Interior

U.S. FISH AND WILDLIFE SERVICE
Kenai National Wildlife Refuge
P.O. Box 2139
Soldotna, Alaska 99669

CITATION: 9230818
DATE: November 25, 2025
SUBJECT: **Laura McIndoe**

**Violation: 16 USC 668 dd; 50 CFR 27.84 Interference with persons engaged in authorized activities. Disturbing, molesting, or interfering with any employee of the United States or of any local or State government engaged in official business, or with any private person engaged in the pursuit of an authorized activity on any national wildlife refuge is prohibited.**

On Wednesday, February 5, 2025, at approximately 1600 hours, I received a phone call from the Kenai National Wildlife Refuge telling me that a trapper on Funny River Road was being threatened by a woman who was walking her dog. I responded to the area of mile 6.5 Funny River Road at the Kenai National Wildlife Refuge gate which restricts vehicle traffic to an old and overgrown road to an oil and gas exploration pad. I called the trapper, and he told me that a woman was walking her dog on his trapline, and the dog got caught in one of his foothold traps. He said he offered to help the woman get his trap off the dog, but she was very upset and cursed at him telling him to stay away. He said the woman told him that her sons were in their 30's and big men and if they see him, they will kill him. I walked up the trail and met a woman walking a black dog on a leash and two young men. I identified the woman as Laura MCINDOE and her sons. The woman was upset and, in a hurry, to get the dog to a veterinarian for care.

After the three people and the dog left down the trail, I spoke to the trapper on the trail. The trapper told me he has a trapping permit as authorized by the Kenai National Wildlife Refuge and a stipulation of the permit is that he cannot trap within one mile of the road. He told me his trapline starts at a distance beyond one mile off the road in compliance with the permitted trapping activity.

The trapper said two of his trap sites besides the one the dog had got caught in were destroyed. The trapper had just past these undisturbed trap sites before encountering the woman on the trail. The trapper said he was unable to locate the trap that was attached to the dog after he released the trap from the anchor and the woman had threaten him with physical harm and cursed at him causing him to leave the immediate area.

On Wednesday, February 19, 2025, at approximately 1600 hours, I contacted Laura MCINDOE at her residence (392 West Sunrise, Soldotna). MCINDOE said the dog was doing better after a large vet bill. MCINDOE said she didn't know what happened to the trap the was caught on the dog's leg. MCINDOE said that she didn't think anyone should be allowed to trap there. MCINDOE also said she saw the warning sign that the trapper had written and hung near the trail but couldn't read it because the sun was in her eyes.

I issued violation notice 920818 to Laura McIndoe for interfering with persons engaged in authorized activities.

I declare under penalty of perjury that the information set forth above, and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed this 25th day of November 2025.

S. Hurd
Federal Wildlife Officer
USFWS

CVB SCAN 12/08/2025 14:48